UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JERVON L. HERBIN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2059 (PLF) |
| EDWARD R. REILLY, JR., | ) ) ) | |
| Respondent. | ) ) | |

ORDER

On October 19, 2005, petitioner filed a motion for a writ of *habeas corpus* challenging the United States Parole Commission's detainer on him. This petition is substantially identical to one already filed by petitioner in this court, and transferred by Judge Richard J. Leon to the United States District Court for the Western District of Virginia on the grounds that the only proper venue for the case was that judicial district, where petitioner is incarcerated. See Hervin v. United States Parole Commission, Civil Action No. 04-343 (D.D.C. 2004). Petitioner opposed the motion to transfer.

The proper venue in a *habeas* case generally is the judicial district in which the petitioner is confined. See Blair-Bey v. Quick, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Where the court properly may exercise jurisdiction over a *habeas* petition but venue is lacking or may rest in another judicial district, the court may transfer the action to the jurisdiction of petitioner's confinement, and may do so *sua sponte*. See Chatman-Bey v. Thornburgh, 864 F.2d 804, 814

(D.C. Cir. 1988). Petitioner is confined in the Western District of Virginia, and the Court will transfer the action to that district. Accordingly, it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Western District of Virginia; it is

FURTHER ORDERED that the Clerk of Court shall transfer all papers in this proceeding, together with a certified copy of this Order, to the United States District Court for the Western District of Virginia; and it is

FURTHER ORDERED that the Clerk of Court shall remove this case from the docket of this Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 26, 2005